**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| ANTONIO TAYLOR, et. al., | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | 1:05-CV-18 (WLS) |
| | : | |
| KELLY MANUFACTURING COMPANY, et. al, | : | |
|     Defendants | : | |
| | : | |

## ORDER

Presently pending before the Court is Plaintiffs' Motion to Amend/Correct the Complaint (Doc. 27).

For the following reasons, Plaintiffs' Motion to Amend/Correct the Complaint (Doc. 27) is **GRANTED**.

## DISCUSSION

Plaintiffs move the Court to amend their complaint (Doc. 1) to add claims of race discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII") for both Plaintiff Antonio Taylor ("Plaintiff Taylor") and Plaintiff James Bryant ("Plaintiff Bryant") and claims of retaliation under Title VII for Plantiff Taylor. (Doc. 27). Plaintiffs noted in their original Complaint that charges of discrimination and retaliation were filed with the Equal Employment Opportunity Commission ("EEOC") and that they would amend their Complaint to add Title VII claims once they received right to sue letters. (Doc. 1). Plaintiffs were issued 90-day right to sue letters from the EEOC on June 27, 2005. (Doc. 28, Exhibit A). The instant motion was filed on July 27, 2005 within 90 days of Plaintiffs' receipt of the letters.

Plaintiffs contend that the factual basis supporting the Title VII claims does not differ from those supporting Plaintiffs' 42 U.S.C. § 1981 claims filed previously. Plaintiffs further contend that little additional time will be required to conduct discovery due to the filing of the amended complaint, that Defendants will be in no way prejudiced by this amendment, and that

the additional claims will not cause undue delay[1].  (Doc. 28).

Finding neither objection nor countervailing reasons to the instant motion, the Court, pursuant to Fed. R. Civ. P. 15(a), (c)(2), **GRANTS** Plaintiffs' Motion to Amend/Correct the Complaint. (Doc. 27).

**SO ORDERED**, this  2nd  day of November, 2005, *Nunc pro tunc* September 6, 2005.

                                       /s/W. Louis Sands
                                       **W. LOUIS SANDS, CHIEF JUDGE**
                                       **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Defendants were presented the opportunity to file a response to the instant motion and elected not to do so.